

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00446-CR

Benny **ALONZO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR5317
The Honorable Angus K. McGinty, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED April 16, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice